IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ZOSTAVAX<br>(ZOSTER VACCINE LIVE)<br>PRODUCTS LIABILITY LITIGATION | MDL No. 2848<br><br>CIVIL ACTION NO.: 2:18-md-02848-HB |

THIS DOCUMENT RELATES TO:

*James Amundson and Mona Amundson v. Merck & Co., Inc., et al.*,
Civil Action No. 2:21-cv-01267

*Clinton Ashby and Kathleen Ashby v. Merck & Co., Inc., et al.*,
Civil Action No. 2:21-cv- 03003

*Kirby Balthrop v. Merck & Co., Inc., et al.*,
Civil Action No. 2:21-cv-01602

*James Bleyer v. Merck & Co., Inc., et al.*,
Civil Action No. 2:22-cv-01035

*Dorothea Booth v. Merck & Co., Inc., et al.*,
Civil Action No. 2:21-cv-03927

*Diane Bouffard v. Merck & Co., Inc., et al.*,
Civil Action No. 2:21-cv-01600

*Pamela Brower v. Merck & Co., Inc., et al.*,
Civil Action No. 2:21-cv-01268

*Linda Caudle and William Caudle v. Merck & Co., Inc., et al.*,
Civil Action No. 2:21-cv- 01269

*Ernest Charles v. Merck & Co., Inc., et al.*,
Civil Action No. 2:21-cv-00977

*Midge Deverin and Bernard Deverin v. Merck & Co., Inc., et al.*,
Civil Action No. 2:21-cv-01270

*Marcia Federico v. Merck & Co., Inc., et al.*,
Civil Action No. 2:21-cv-01271

*Lynn Garden v. Merck & Co., Inc., et al.*,
Civil Action No. 2:21-cv-01272

*Larry Giese and Rebecca Fitzpatrick v. Merck & Co., Inc., et al.*,
Civil Action No. 2:21-cv-01274

*Sandra Grimmett and George Grimmett v. Merck & Co. Inc., et al.*,
Civil Action No. 2:21-cv-03005

*Edith Hagen v. Merck & Co., Inc., et al.*,
Civil Action No. 2:21-cv-1275

*Samuel Hamm v. Merck & Co., Inc., et al.*,
Civil Action No. 2:21-cv-04341

*Carol Hermanowski v. Merck & Co., Inc., et al.*, Civil Action No. 2:21-cv-01276

*Audrey Johnson v. Merck & Co., Inc., et al.*,
Civil Action No. 2:21-cv-01277

*Donna Johnson v. Merck & Co., Inc., et al.*,
Civil Action No. 2:21-cv-04342

*Katherine Jones and Theodore Jones v. Merck & Co., Inc., et al.*,
Civil Action No. 2:21-cv-01878

*Deborah King-Kzaley and Robert Kzaley v. Merck & Co., Inc., et al.*,
Civil Action No. 2:21-cv-01278

*Harry Krause and Karen Krause v. Merck & Co., Inc., et al.*,
Civil Action No. 2:21-cv- 00978

| | |
|---|---|
| *Elaine Levin v. Merck & Co., Inc., et al.*, Civil Action No. 2:22-cv-00140 | *Carol Parker v. Merck & Co., Inc., et al.*, Civil Action No. 2:21-cv-03550 |
| *Nina Lociero-Scala and Daniel Scala v. Merck & Co., Inc., et al.*, Civil Action No. 2:21-cv-05493 | *Lori Petersen and Kent Petersen v. Merck & Co., Inc., et al.*, Civil Action No. 2:21-cv- 03004 |
| *Enoc Lopez and Judith Burgos v. Merck & Co., Inc., et al.*, Civil Action No. 2:22-cv- 01036 | *Lisa Reeves and Paul Fasseel v. Merck & Co., Inc., et al.*, Civil Action No. 2:21-cv- 00976 |
| *Michael Marburger and Sharron Marburger v. Merck & Co., Inc., et al.*, Civil Action No. 2:21-cv-03928 | *Joel Sinden v. Merck & Co., Inc., et al.*, Civil Action No. 2:21-cv-04345 |
| *Kim Holben, as Executor of the Estate of Joyce Marquardt (deceased) v. Merck & Co., Inc., et al.*, Civil Action No. 2:21-cv-05497 | *Verna Srnick and Peter Srnick v. Merck & Co., Inc., et al.*, Civil Action No. 2:21-cv- 01281 |
| *Nancy Marr and Ethan Marr v. Merck & Co., Inc., et al.*, Civil Action No. 2:22-cv-00141 | *Regina Thompson v. Merck & Co., Inc., et al.*, Civil Action No. 2:21-cv-01282 |
| *Sandra McBride and David McBride v. Merck & Co., Inc., et al.*, Civil Action No. 2:21-cv-04343 | *Stan Udhiri and Solange de Mendonca Tavares v. Merck & Co., Inc., et al.*, Civil Action No. 2:21-cv-01283 |
| *Walter Milanicz v. Merck & Co., Inc., et al.*, Civil Action No. 2:21-cv-01279 | *Leonard Whitney and Patricia Whitney v. Merck & Co., Inc., et al.*, Civil Action No. 2:21-cv-01284 |
| *Kathleen Mintari v. Merck & Co., Inc., et al.*, Civil Action No. 2:21-cv-01280 | *Carol Withycombe v. Merck & Co., Inc., et al.*, Civil Action No. 2:21-cv-01285 |
| *Debbie Neil and Johnnie Neil v. Merck & Co., Inc., et al.*, Civil Action No. 2:21-cv- 04344 | *Pamela Yates and Walter Yates v. Merck & Co., Inc., et al.*, Civil Action No. 2:21-cv- 01286 |

PRETRIAL ORDER NO. 491

AND NOW, this 8th day of August 2023, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1)  the omnibus motion of defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp. to dismiss the above 42 actions for insufficient service of process (Doc. # 1216) is DENIED;

(2)   the motion of plaintiffs for an extension of time to make service of process in the above 42 actions (Doc. # 1218) is GRANTED; and

(3)   the court, in a separate Pretrial Order, will stay 34 of the above-captioned cases which belong to Group A.

BY THE COURT:

/s/ Harvey Bartle III

_____

                                                      J.